IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

The Scotts Company LLC, *et al.*,           :

                    Plaintiffs           :          Civil Action 2:09-cv-00265

  v.                                     :          Judge Algenon L. Marbley

Vertis, Inc., *et al.*,                  :          Magistrate Judge Abel

                    Defendants           :

# ORDER

The April 30, 2009 applications of Mary Jo S. Korona and Paul L. Leclair to appear

*pro hac vice* as co-counsel for defendant Catalyst Direct, Inc. (doc. 12) are GRANTED **on the**

**condition that, within 15 days of the date of this Order, counsel register for electronic**

**filing. S.D. Ohio Civ. Rule 83.4(c). Counsel should register on-line:**

**http://www.ohsd.uscourts.gov/cmecfreg.htm**

A log-on and password for electronic filing will be sent out the next business day. The

Court will serve all notices and orders on counsel electronically. Additional information

about electronic filing may be found at the Court's website:

http://www.ohsd.uscourts.gov/cmecf.htm

If counsel experience any problems registering, they should call Lisa Wright (614-719-3222).

Under the provisions of S.D. Ohio R. 83.3(e), a motion for permission to appear *pro*

*hac vice* shall be accompanied by a current certificate of good standing by the highest court

of any state, and the tender of a $200 fee to the Clerk of Court. Although  Korona and

Leclair have provided certificates of good standing as members of the bar of the State of

New York,  the Court's docket does not indicate that they have tendered the $200 filing fee.

Korona and Leclair are DIRECTED to tender the $200 fee to the Clerk of Court **within

thirty (30) days of the date of this Order.**


                                               s/Mark R. Abel
                                             United States Magistrate Judge